MURRAY D. ROLLINS, Respondent, v. AUSTIN, NICHOLS & Co., INC., Appellant.— Determination unanimously reversed and the order of the Municipal Court setting aside the verdict and granting a new trial reinstated, with costs and disbursements to the appellant, on the ground that the verdict is against the weight

of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.